# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
August 2, 2022

Lyle W. Cayce
Clerk

No. 21-30334

United States of America,

*Plaintiff—Appellee*,

*versus*

Michael J. Kaiser,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 18-CR-157

Before Stewart, Elrod, and Graves, *Circuit Judges*.

Per Curiam:*

The attorney appointed to represent Michael J. Kaiser has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Kaiser has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 21-30334

assessment that the appeal presents no nonfrivolous issue for appellate review, given our recent decision in *United States v. Mejia-Banegas*, 32 F.4th 450 (5th Cir. 2022). Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. See 5TH CIR. R. 42.2.